UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY TYRONE FOSTER, | ) | 1:06-CV-00819 OWW SMS P |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NEW CASE NUMBER** |
| v. | ) | |
| | ) | 1:06-CV-00819 AWI SMS P |
| | ) | |
| DISTRICT ATTORNEY'S OFFICE, et al., | ) ) | |
| | ) | ORDER OF RECUSAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

It appears to the undersigned, the judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses himself as the judge to whom this case is assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS FURTHER ORDERED that this case is reassigned to the

1

Honorable Anthony W. Ishii, United States District Judge. All future pleadings filed with the court shall use the following case number:

**1:06-CV-00819 AWI SMS P**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   September 16, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                                     UNITED STATES DISTRICT JUDGE

2