UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER,<br><br>        Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00819-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** (Doc. 3)<br><br>**ORDER REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN 10 DAYS** |

    Ricky Tyrone Foster ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1 In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 23, 2007, are ADOPTED IN FULL;

2. Plaintiff's Application to Proceed In Forma Pauperis, filed May 11, 2006, is DENIED; and,

3. Plaintiff pay the filing fee of $350.00 within **ten (10) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                 **/s/ Anthony W. Ishii**
                                  UNITED STATES DISTRICT JUDGE