IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY TYRONE FOSTER, ) | 1:06-cv-00819-AWI-SMS-P |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DISMISSING CASE, WITHOUT |
| vs. ) | PREJUDICE, FOR FAILURE TO PAY |
| ) | FILING FEE |
| DISTRICT ATTORNEY'S OFFICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

      Ricky Tyrone Foster ("plaintiff") is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff filed this action on May 11, 2006, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), at the United States District Court for the Eastern District of California in the Sacramento Division.  The case was subsequently transferred to the Fresno Division.  On March 23, 2007, Magistrate Judge Sandra M. Snyder issued findings and recommendations, recommending that plaintiff's motion to proceed in forma pauperis be denied and that plaintiff be required to pay the $350.00 filing fee for this action.  Plaintiff was given thirty days to file objections; however, plaintiff did not file

any objections or otherwise respond to the findings and recommendations.  On May 11, 2007, after more than sixty days without response from plaintiff, District Judge Anthony W. Ishii adopted the Magistrate's findings and recommendations, denied plaintiff's motion to proceed in forma pauperis, and ordered plaintiff to pay the $350.00 filing fee within ten days.  The ten-day time period has passed, and plaintiff has not paid the filing fee or otherwise responded to the district judge's order.

    Based on the foregoing, IT IS HEREBY ORDERED that this is action is dismissed without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:   July 26, 2007**              /s/ **Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE